

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEONDRE AL JORDAN,<br><br>Defendant. | Case No.   2:09-CR-00099-FLA<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On November 1, 2021, Defendant Deondre Al Jordan ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:09-CR-00099-FLA.  The Court appointed Angel Navarro of the CJA Panel as counsel for Defendant.

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Criminal history includes multiple failures to appear, multiple parole violations, obstruction of police officer, and giving false information to peace officers;
- Nature of supervised release allegations;
- Mental health concerns.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Criminal history includes multiple failures to appear, multiple parole violations, obstruction of police officer, and giving false information to peace officers;
- Active protection order against the defendant;
- Nature of supervised release allegations.

///
///
///

2

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: November 1, 2021

                                        /s/
                              MARIA A. AUDERO
                              UNITED STATES MAGISTRATE JUDGE